1  Justin R. Heim        CA Bar No. 290315
   Damon A. Schwartz   CA Bar No. 297392
2  **NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP**
   111 Corporate Drive, Suite 225
3  Ladera Ranch, CA 92694
   Telephone: 949-234-6032
4  Facsimile: 949-429-0892

5  Attorneys for Plaintiff

6                     UNITED STATES DISTRICT COURT

7                     NORTHERN DISTRICT OF CALIFORNIA

8

9  HAROLD E. JOHNSON,                    Case No. 3:14-cv-03253-TEH

10              Plaintiff,                ~~[PROPOSED]~~ **ORDER TO TRANSFER VENUE.**

11         vs.

12 ALLIED PACKING & SUPPLY, INC., et al.,

13              Defendants.

14

15

16    WHEREAS the parties in the above referenced matter have stipulated and consent to a transfer of this matter to the United States District Court for the Central District of California, this Court hereby transfers this matter to the agreed upon Central District of California.

17    **PURSUANT TO STIPULATION, IT IS SO ORDERED** on this _____11/24_____, 2014.

                                              _____
                                              Hon. Thelton E. Henderson
                                              Judge Thelton E. Henderson

---

1

[PROPOSED] ORDER TO TRANSFER VENUE