1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

11
12 HAROLD E. JOHNSON,

Case No. 2:14-cv-09222-RGK-AGR

13          Plaintiff,

**ORDER DISMISSING ALL CLAIMS OF PLAINTIFF AGAINST DEFENDANT DORSETT & JACKSON, INC.**

14 vs.

15 ALLIED PACKING & SUPPLY, INC, et al.,

16          Defendants.

17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

Having reviewed the Stipulation to Dismiss all claims of Plaintiff HAROLD E. JOHNSON against Defendant DORSETT & JACKSON, INC. without prejudice, the Court orders as follows:

1. The claims by Plaintiff HAROLD E. JOHNSON against Defendant DORSETT & JACKSON, INC. are hereby dismissed without prejudice;

2. The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: May 07, 2015

_____
U.S. District Court
Central District of California