# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD E. JOHNSON,<br><br>　　　　Plaintiff,<br>vs.<br>ALLIED PACKING & SUPPLY, INC, et al.,<br><br>　　　　Defendants. | Case No. 2:14-cv-09222-RGK-AGR<br><br>**ORDER DISMISSING ALL CLAIMS OF PLAINTIFF AGAINST DEFENDANT TIMEC COMPANY** |

# ORDER

Having reviewed the Stipulation to Dismiss all claims of Plaintiff HAROLD E. JOHNSON against Defendant TIMEC COMPANY without prejudice, the Court orders as follows:

1. The claims by Plaintiff HAROLD E. JOHNSON against Defendant TIMEC COMPANY are hereby dismissed without prejudice;

2. The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: May 07, 2015

_____
U.S. District Court
Central District of California