1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

HAROLD E. JOHNSON,

          Plaintiff,

vs.

ALLIED PACKING & SUPPLY, INC,
et al.,

          Defendants.

Case No. 2:14-cv-09222-RGK-AGR

**ORDER DISMISSING ALL CLAIMS
OF PLAINTIFF AGAINST
DEFENDANT KUBOTA U.S.A. INC.**

1

## <u>ORDER</u>

2      Having reviewed the Stipulation to Dismiss all claims of Plaintiff HAROLD E.

3  JOHNSON against Defendant KUBOTA U.S.A. INC. without prejudice, the Court

4  orders as follows:

5      1.      The claims by Plaintiff HAROLD E. JOHNSON against Defendant

6  KUBOTA U.S.A. INC. are hereby dismissed without prejudice;

7      2.      The parties will bear their own fees and costs.

8      **IT IS SO ORDERED.**

9

10

11  Dated:  May 07, 2015      _____

12                               U.S. District Court
                                 Central District of California
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28