# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD E. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALLIED PACKING & SUPPLY, INC., et al.,<br><br>　　　　Defendants. | Case No. 2:14-cv-09222-RSWL (AGRx)<br><br>**ORDER DISMISSING ALL CLAIMS OF PLAINTIFF AGAINST DEFENDANT WESTBURNE SUPPLY INC.** |

### ORDER

Having reviewed the Stipulation for Dismissal of all claims of Plaintiff Harold E. Johnson as to Defendant Westburne Supply Inc., without prejudice, the Court orders the following:

　　1.　　The claims by Plaintiff Harold E. Johnson against Defendant Westburne Supply Inc. are hereby dismissed without prejudice;

　　2.　　The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: May 7, 2015

*/s/ Gary Klausner*

Honorable R. Gary Klausner
United States District Court
Central District of California

3152396.1
3841-41 193

-1-　　Case No. 2:14-cv-09222-RSWL (AGRx)

ORDER DISMISSING ALL CLAIMS OF PLAINTIFF AGAINST DEFENDANT WESTBURNE SUPPLY INC.