1 | Gary D. Sharp, Esq. (SBN 116216)
  | gsharp@foleymansfield.com
2 | Melanie L. Ameele, Esq. (SBN 227736)
  | mameele@foleymansfield.com
3 | Maryam Danishwar, Esq. (SBN 259102)
  | mdanishwar@foleymansfield.com
4 | **FOLEY & MANSFIELD, PLLP**
  | 300 South Grand Avenue, Suite 2800
5 | Los Angeles, CA  90071
  | Telephone:   (213) 283-2100
6 | Facsimile:    (213) 283-2101

7 | Attorneys for Defendant
  | **CALAVERAS ASBESTOS, LTD**
8

9 | **UNITED STATES DISTRICT COURT**

10 | **CENTRAL DISTRICT OF CALIFORNIA**

| HAROLD E. JOHNSON, | Case No: CV-14-9222-RGK(AGRx) |
|---|---|
| Plaintiff, | [Assigned to the Hon. R. Gary Klausner] |
| vs. | **ORDER TO DISMISS ACTION WITHOUT PREJUDICE TO DEFENDANT CALAVERAS ASBESTOS, LTD.** |
| ALLIED PACKING & SUPPLY, INC., *et al*., | |
| Defendants. | |

///
///
///
///
///
///
///
///

1

ORDER TO DISMISS ACTION WITHOUT PREJUDICE TO DEFENDANT CALAVERAS ASBESTOS, LTD

**TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

The Court, having reviewed the Stipulation to Dismiss between Plaintiff HAROLD E. JOHNSON, and Defendant CALAVERAS ASBESTOS, LTD for a Dismissal Without Prejudice and without fees or costs, of all claims which were asserted by Plaintiff against Defendant CALAVERAS ASBESTOS, LTD.

IT IS HEREBY ORDERED THAT defendant CALAVERAS ASBESTOS, LTD is dismissed from this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

**IT IS SO ORDERED.**

DATED: May 07, 2015

_____
R. GARY KLAUSNER, U.S. District Judge

ORDER TO DISMISS ACTION WITHOUT PREJUDICE TO DEFENDANT CALAVERAS ASBESTOS, LTD.

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 300 South Grand Avenue, Suite 2800, Los Angeles, California 90071.

On the date set forth below, I filed and served a copy of the following document to the interested parties in this action described as:

**ORDER TO DISMISS ACTION WITHOUT PREJUDICE TO DEFENDANT CALAVERAS ASBESTOS, LTD.**

| *VIA CM/ECF Notification System* | *VIA CM/ECF Notification System* |
|---|---|
| Ethan A. Horn, Esq.<br>Napoli Bern Ripka Shkolnik & Associates, LLP<br>111 Corporate Drive, Suite 225<br>Ladera Ranch, CA  92694<br><br>Attorneys for Plaintiffs | All Defense Counsel Listed on PACER Website |

☒ **(BY COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF systems, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list that is located on the PACER website.

☐ **(BY ELECTRONIC SERVICE VIA FILE & SERVEXPRESS)** Complying with Code of Civil Procedure Section 1010.6, and/or as directed by the Court in this matter, I caused the above-entitled document to be served through File & ServeXpress (formerly LexisNexis) at www.fileandservexpress.com addressed to all parties appearing for the above-entitled case. If the document is provided electronically by 5:00 p.m., then the document will be deemed served on the date it was provided to File & ServeXpress. A copy of the File & ServeXpress Filing Receipt will be maintained with the original document in our office.

☐ **(BY MAIL)** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses above and placed the envelope for collection and mailing, following our ordinary business practices. I am ready familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

1  Executed on **May 7, 2015**, Los Angeles, California.

2  ☒ [**FEDERAL**] I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
Fabiola Areas

ORDER TO DISMISS ACTION WITHOUT PREJUDICE TO DEFENDANT CALAVERAS ASBESTOS, LTD.