1  Douglas G. Wah    SBN 64692
   dwah@foleymansfield.com
2  Melissa M. Corica    SBN 260905
   mcorica@foleymansfield.com
3  **FOLEY & MANSFIELD, P.L.L.P.**
4  300 Lakeside Drive, Suite 1900
   Oakland, California 94612
5  Telephone No: (510) 590-9500
6  Facsimile No:  (510) 590-9595

7
   Attorneys for Defendant
8  **PARSONS CORPORATION**

9

10

11              **UNITED STATES DISTRICT COURT**

12           **CENTRAL DISTRICT OF CALIFORNIA**

13

14  HAROLD E. JOHNSON,              Case No: 2:14-cv-09222-RGK (AGRx)

15              Plaintiff,          *[Assigned to Hon. R. Gary Klausner]*

16         vs.                      **ORDER DISMISSING ALL CLAIMS OF PLAINTIFF AGAINST DEFENDANT PARSONS CORPORATION**

17  ALLIED PACKING & SUPPLY, INC.,
    et al.,
18

19              Defendants.

20                                  Complaint Filed:  July 18, 2014
                                    Trial Date:  December 1, 2015
21

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

---

1

## **ORDER**

2       Having reviewed the Stipulation to Dismiss all claims of Plaintiff HAROLD E.

3  JOHNSON against Defendant PARSONS CORPORATION without prejudice, the Court

4  orders as follows:

5       1.     The claims by Plaintiff HAROLD E. JOHNSON against Defendant

6  PARSONS CORPORATION are hereby dismissed without prejudice;

7       2.    The parties will bear their own fees and costs.

8     **IT IS SO ORDERED.**

9

10

11  Dated:  MAY   7 2015       By:

12                               U.S. District Court

13                               Central District of California

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DISMISSING ALL CLAIMS OF PLAINTIFF AGAINST DEFENDANT PARSONS CORPORATION