# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD E. JOHNSON,<br><br>            Plaintiff,<br><br>vs.<br><br>ALLIED PACKING & SUPPLY, INC, et al.,<br><br>            Defendants. | Case No. 2:14-cv-09222-RGK-AGR<br><br>**ORDER DISMISSING ALL CLAIMS OF PLAINTIFF AGAINST DEFENDANT AMERON INTERNATIONAL CORPORATION** |

# ORDER

Having reviewed the Stipulation to Dismiss all claims of Plaintiff HAROLD E. JOHNSON against Defendant AMERON INTERNATIONAL CORPORATION without prejudice, the Court orders as follows:

1. The claims by Plaintiff HAROLD E. JOHNSON against Defendant AMERON INTERNATIONAL CORPORATION are hereby dismissed without prejudice;

2. The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: May 08, 2015

_____
U.S. District Court
Central District of California