BERKES CRANE ROBINSON & SEAL LLP
Brad D. Bleichner (SBN 118758)
  *bbleichner@bcrslaw.com*
K. Lynn Finateri Silbiger (SBN 196488)
  *lfinaterisilbiger@bcrslaw.com*
515 South Figueroa Street, Suite 1500
Los Angeles, California 90071
Telephone:   (213) 955-1150
Facsimile:   (213) 955-1155

Attorneys for Defendant KEENAN
PROPERTIES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HAROLD E. JOHNSON,<br><br>             Plaintiff,<br><br>        v.<br><br>ALLIED PACKING & SUPPLY, INC., et al.,<br><br>             Defendants. | CASE No. 2:14-cv-09222-RGK-AGR<br><br>**[~~PROPOSED~~] ORDER TO DISMISS ACTION WITHOUT PREJUDICE AS TO DEFENDANT KEENAN PROPERTIES, INC.** |

**TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

The Court, having reviewed the Stipulation to Dismiss between Plaintiff HAROLD E. JOHNSON and Defendant KEENAN PROPERTIES, INC. for a Dismissal Without Prejudice and without fees or costs, of all claims which were asserted by Plaintiff against Defendant KEENAN PROPERTIES, INC.

IT IS HEREBY ORDERED THAT Defendant KEENAN PROPERTIES, INC. is dismissed from this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

**IT IS SO ORDERED**

DATED: May 08, 2015

_____
R. Gary Klausner, U.S. District Judge

LAW OFFICES
BERKES CRANE

1                          Case No. 2:14-cv-09222-RGK-AGR
ORDER TO DISMISS ACTION WITHOUT PREJUDICE AS TO DEFENDANT KEENAN PROPERTIES, INC.