1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| HAROLD E. JOHNSON, | Case No. 2:14-cv-09222-RGK-AGR |
|---|---|
| Plaintiff, | |
| vs. | **ORDER DISMISSING ALL CLAIMS OF PLAINTIFF AGAINST DEFENDANT FRYER-KNOWLES INC.** |
| ALLIED PACKING & SUPPLY, INC, et al., | |
| Defendants. | |

**ORDER**

Having reviewed the Motion to Dismiss all claims of Plaintiff HAROLD E. JOHNSON against Defendant FRYER-KNOWLES INC. without prejudice, the Court orders as follows:

1. The claims by Plaintiff HAROLD E. JOHNSON against Defendant FRYER-KNOWLES INC. are hereby dismissed without prejudice;

2. The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: May 14, 2015   _____
                      U.S. District Court
                      Central District of California