MARK A. LOVE (SBN 162028)
mlove@selmanbreitman.com
MICHAEL E. SANDGREN (SBN 179120)
msandgren@selmanbreitman.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone: 415.979.0400
Facsimile: 415.979.2099

Attorneys for Defendant HARRINGTON INDUSTRIAL PLASTICS LLC

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD E. JOHNSON, , <br><br> Plaintiff, <br><br> v. <br><br> ALLIED PACKING & SUPPLY, INC., et al., <br><br> Defendants. | Case No. 2:14-CV-09222-RGK-AGR <br><br> [PROPOSED] ORDER DISMISSING ALL CLAIMS OF PLAINTIFF AGAINST DEFENDANT HARRINGTON INDUSTRIAL SUPPLY LLC |

**ORDER**

Having reviewed the Stipulation to Dismiss all claims of Plaintiff HAROLD E. JOHNSON against Defendant HARRINGTON INDUSTRIAL PLASTICS LLC without prejudice, the Court orders as follows:

1.    The claims by Plaintiff HAROLD E. JOHNSON against defendant HARRINGTON INDUSTRIAL PLASTICS LLC are hereby dismissed without prejudice;

2.    The parties will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: SEP 1 0 2015 _____

_____
U.S. District Court
Central District of California

1

313715.1 1200.36866